BEFORE THE SECOND DIVISION, APRIL 11, 1941

**No. 45718.**—Protests 876507–G, etc., of Allied Stores Corp. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45719.**—Protests 29551–K, etc., of American Merchandise Co., Inc., et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the pencil sharpeners in question are similar to those the subject of Abstract 41633. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 45720.**—Protest 51735–K of M. Pressner & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 43372 the tape measures in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 45721.**—Protests 937000–G, etc., of Sprouse-Reitz Co. (San Francisco).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of candlesticks, flower vases, cake dishes, bread trays, milk sets, relish dishes, photo frames, and candy containers similar to those the subject of Abstracts 39482 and 43374. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 45722.**—Protests 969968–G, etc., of Quon & Quon Co. (Los Angeles).

Opinion by DALLINGER, J. On the agreed facts jars, boxes, vases, trays, bowls, napkin rings, bell settings, tray sets of four, bowl trays, dishes, tubs, candy bowls, sets of two pieces, sets of three pieces, round trays, nut cups, table sets, sets hors d'oeuvre dishes, fish bowls, letter openers, bowls with covers, rose jars, and incense burners similar to those the subject of Abstracts 29991 and 35047 were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 45723.**—Protest 991464–G of N. Y. Merchandise Co., Inc. (Los Angeles).

Opinion by DALLINGER, J. It was stipulated that the merchandise is antimony table utensils not plated. The claim at 40 percent under paragraph 339 was therefore sustained. Abstract 42474 followed.

**No. 45724.**—Protest 46621–K of Eagle Druggists Supply Co. (New York).

Opinion by DALLINGER, J. On the record presented the protest was dismissed.